SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No.**2:11-cv-00893-KJM-DAD** |
| Plaintiff, | **ORDER RE: STIPULATED DISMISSAL** |
| vs. | |
| Sacramento Winding Way Apartments, LP, | |
| Defendants | |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Dated:  June 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00893-KJM-DAD- 1